874

No. 114, Misc. LEE v. GOUGH, WARDEN. Supreme Court of Rhode Island. Certiorari denied.

No. 145, Misc. RUSSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 154, Misc. LATHMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 155, Misc. NEW YORK EX REL. JIMENEZ v. MURPHY, WARDEN. Supreme Court of New York, Cayuga County. Certiorari denied.

No. 158, Misc. HICKMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 163, Misc. DeVIVO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Bernard Tompkins* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 166, Misc. BLANC v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States.

No. 188, Misc. DICANIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.